**Fae DRISCOLL, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

**No. 2009–3073.**

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2009.

Keith Goffney, Law Offices of Keith Goffney, of Los Angeles, California, argued for petitioner.

Teresa A. Gonsalves, Attorney, Office of the General Counsel, Appellate Division, United States Postal Service, of Washington, DC, argued for respondent. On the brief were Lori J. Dym, Chief Counsel, and Michelle A. Windmueller, Attorney; and Tony West, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC. Of counsel was Jeffrey A. Regner, Trial Attorney.

Before LOURIE, LINN, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.